UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:23-CV-61043-JEM

HOWARD COHAN,

    Plaintiff,

vs.

LMRCOVE LLC
a Florida Limited Liability Company
d/b/a THE COVE RESTAURANT AND TIKI BAR

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, LMRCOVE LLC, a Florida Limited Liability Company, d/b/a THE COVE RESTAURANT AND TIKI BAR, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

RESPECTFULLY SUBMITTED November 21, 2023.

| By: **/s/ Gregory S. Sconzo** | By: **/s/ Justin C. Sorel** |
|---|---|
| Gregory S. Sconzo, Esq. | Justin C. Sorel, Esq. |
| Florida Bar No.: 0105553 | Florida Bar No.: 0016256 |
| Sconzo Law Office, P.A. | COLE, SCOTT & KISSANE, P.A. |
| 3825 PGA Boulevard, Suite 207 | Esperante Building |
| Palm Beach Gardens, FL 33410 | 222 Lakeview Ave., Suite 120 |
| Telephone: (561) 729-0940 | West Palm Beach, Florida 33301 |
| Facsimile: (561) 491-9459 | Telephone (561) 383-9229 |
| Email: greg@sconzolawoffice.com | Facsimile (561) 683-8977 |
| Email: alexa@sconzolawoffice.com | Primary e-mail: justin.sorel@csklegal.com |
| Attorney for Plaintiff | Secondary e-mail: loren.ryan@csklegal.com |
| | Attorney for Defendant |

1

2

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on November 21, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                             **/s/ Gregory S. Sconzo**
                                             **Gregory S. Sconzo, Esq.**