UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case Number: 23-61043-CIV-MARTINEZ

HOWARD COHAN,

    Plaintiff,

v.

LMRCOVE LLC, a Florida Limited Liability Company d/b/a THE COVE RESTAURANT AND TIKI BAR,

    Defendant.
_____/

**FINAL ORDER OF DISMISSAL WITH PREJUDICE ON JOINT STIPULATION**

**THIS MATTER** came before this Court on the Parties' Joint Stipulation of Dismissal with Prejudice (the "Joint Stipulation"), (ECF No. 21). This Court has reviewed the Joint Stipulation and pertinent portions of the record and is otherwise fully advised in the premises. Accordingly, it is:

**ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**. All pending motions in this case are **DENIED** as **MOOT**, and this case is **CLOSED**. This Court shall retain jurisdiction to enforce the terms of the Parties' Settlement Agreement.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 15 day of December, 2023.

                                              JOSE E. MARTINEZ
                                              UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record